1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3

4    JAMAL DEWAYNE FRITZ,                      Case No.  16-cv-07137-YGR (PR)

5                        Petitioner,

6         v.                                   **ORDER OF TRANSFER**

7    DANIEL PARAMO, Warden,[1]

8                        Respondent.

9         Petitioner, a state prisoner, has filed a *pro se* petition for a writ of habeas corpus.  He has

10   filed a motion for leave to proceed *in forma pauperis*.

11        Federal statute allows "the Supreme Court, any justice thereof, the district courts and any

12   circuit judge" to grant writs of habeas corpus "within their respective jurisdictions."  28 U.S.C.

13   § 2241(a).  A federal petition for a writ of habeas corpus made by a person in custody under the

14   judgment and sentence of a state court is properly filed in either the district of confinement or the

15   district of conviction.  *Id*. § 2241(d).  Where a case is filed in the wrong venue, the district court

16   has the discretion to transfer it to the proper federal court in the interest of justice.  *See* 28 U.S.C.

17   § 1406(a).

18        Here, Petitioner challenges a conviction and sentence incurred in the Tehama County

19   Superior Court, which is in the venue of the Eastern District of California.  *See* 28 U.S.C. § 84.

20   Accordingly, that is the proper venue for this action.

21        Pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and in the interest of justice,

22   the Clerk of the Court is ordered to TRANSFER this action forthwith to the United States District

23   Court for the Eastern District of California.

24        All remaining motions are TERMINATED on this Court's docket as no longer pending in

25   this district.

26

27        _____
          [1] Daniel Paramo, the current acting warden of the prison where Petitioner is incarcerated,
28   has been substituted as Respondent pursuant to Rule 25(d) of the Federal Rules of Civil
     Procedure.

United States District Court
Northern District of California

1          This Order terminates Docket No. 6.

2          IT IS SO ORDERED.

3    Dated: February 6, 2017

4

5                                                    _____
                                                     YVONNE GONZALEZ ROGERS
6                                                    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California